JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS
Rcvd _____ MAR 1 8 2025
_____ Filed _____ Time
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP JACK LO,<br><br>Defendant. | Case No. **CR 25-0084-N D C N**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1466A(b)(1)<br>18 U.S.C. § 1467<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2)<br>18 U.S.C. § 2253<br>18 U.S.C. § 2256(8)(A) |

The Grand Jury charges:

**COUNT ONE**
**Possession of Child Pornography**
**18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), and 2256(8)(A)**

On or about July 10, 2024, in the District of Idaho, the Defendant, PHILIP JACK LO, did

knowingly possess materials, to-wit:

1.  A Western Digital hard drive bearing serial number WCC6Y6CXNHH3;

2.  An Intel hard drive bearing serial number CVMP229002SL120BGN;

**INDICTMENT - 1**

3. A Samsung phone bearing IMEI 354425102087997;

4. A Toshiba hard drive bearing serial number 63NCPHS0T;

5. A Western Digital hard drive bearing serial number WCATR9985152;

6. A Western Digital hard drive bearing serial number WX21EB92U7VE;

7. A Western Digital hard drive bearing serial number WXE1A47JJ05D;

8. A San Disk hard drive bearing serial number BM170926162B;

9. A Western Digital hard drive bearing serial number WCC4M6EYDURN;

10. A Seagate hard drive bearing serial number ZN1QN9S3;

11. An Intel hard drive bearing serial number PHKA1151018A1P0B;

which contained child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, one or more visual depictions, the production of which Defendant knew involved the use of a minor engaging in sexually explicit conduct, including at least one image of child pornography that involved a prepubescent minor or a minor who had not attained 12 years of age, and which image or images had been transported using the Internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(8)(A).

**COUNT TWO**
**Possession of Obscene Visual Representations of the Sexual Abuse of Children**
**18 U.S.C. § 1466A(b)(1)**

On or about July 10, 2024, in the District of Idaho, the Defendant, PHILIP JACK LO, did knowingly possess a visual depiction(s) of any kind, including a drawing, cartoon, sculpture, and painting, that depicts a minor(s) engaging in sexually explicit conduct that is obscene, which were

**INDICTMENT - 2**

produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer, to-wit:

1. A Western Digital hard drive bearing serial number WCC6Y6CXNHH3;

2. A Toshiba SD card bearing serial number 1326WJ9464T;

3. An Apple A1458 iPad;

4. A Microsoft Surface Tablet with serial number A1035190;

5. A Samsung phone bearing IMEI 354425102087997;

6. An Apple iPhone bearing serial number FCDSF2BWHFYC;

7. A Western Digital hard drive bearing serial number WX21EB92U7VE;

8. A Western Digital hard drive bearing serial number WXE1A47JJ05D;

9. A San Disk hard drive bearing serial number BM170926162B;

10. A Fantom Drives hard drive bearing serial number SK2383276;

11. A Western Digital hard drive bearing serial number WCC4M6EYDURN;

12. A Seagate hard drive bearing serial number ZN1QN9S3;

13. An Intel hard drive bearing serial number PHKA1151018A1P0B;

all in violation of Title 18, United States Code, Section 1466A(b)(1).

## CRIMINAL FORFEITURE ALLEGATION
### Sexual Exploitation Forfeiture
### 18 U.S.C. § 2253

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, PHILIP JACK LO, shall forfeit to the United States his interest in (1) any visual depiction described in Title 18, United States Code, Sections 2251 and 2252, et. Seq., and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252; (2) any property, real or

**INDICTMENT - 3**

personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the foregoing offense, including property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

Seized Property.

1. A Western Digital hard drive bearing serial number WCC6Y6CXNHH3;
2. An Intel hard drive bearing serial number CVMP229002SL120BGN;
3. A Samsung phone bearing IMEI 354425102087997;
4. A Toshiba hard drive bearing serial number 63NCPHS0T;
5. A Western Digital hard drive bearing serial number WCATR9985152;
6. A Western Digital hard drive bearing serial number WX21EB92U7VE;
7. A Western Digital hard drive bearing serial number WXE1A47JJ05D;
8. A San Disk hard drive bearing serial number BM170926162B;
9. A Western Digital hard drive bearing serial number WCC4M6EYDURN;
10. A Seagate hard drive bearing serial number ZN1QN9S3;
11. An Intel hard drive bearing serial number PHKA1151018A1P0B;

Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant," up to the value of Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

1. Cannot be located upon the exercise of due diligence;

2. Has been transferred or sold to, or deposited with, a third person;

3. Has been placed beyond the jurisdiction of the court;

4. Has been substantially diminished in value; or

5. Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 4**

**CRIMINAL FORFEITURE ALLEGATION**
**Obscene Visual Representations of the Sexual Abuse of Children Forfeiture**
**18 U.S.C. § 1467**

Upon conviction of the offense alleged in Count Two of this Indictment, the Defendant, PHILIP JACK LO, shall forfeit to the United States his interest in (1) any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. The property to be forfeited includes, but is not limited to, the following:

Seized Property.

1. A Western Digital hard drive bearing serial number WCC6Y6CXNHH3;
2. A Toshiba SD card bearing serial number 1326WJ9464T;
3. An Apple A1458 iPad;
4. A Microsoft Surface Tablet with serial number A1035190;
5. A Samsung phone bearing IMEI 354425102087997;
6. An Apple iPhone bearing serial number FCDSF2BWHFYC;
7. A Western Digital hard drive bearing serial number WX21EB92U7VE;
8. A Western Digital hard drive bearing serial number WXE1A47JJ05D;
9. A San Disk hard drive bearing serial number BM170926162B;
10. A Fantom Drives hard drive bearing serial number SK2383276;
11. A Western Digital hard drive bearing serial number WCC4M6EYDURN;
12. A Seagate hard drive bearing serial number ZN1QN9S3;
13. An Intel hard drive bearing serial number PHKA1151018A1P0B;

Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant," up to the value of Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

1. Cannot be located upon the exercise of due diligence;

**INDICTMENT - 5**

2. Has been transferred or sold to, or deposited with, a third person;

3. Has been placed beyond the jurisdiction of the court;

4. Has been substantially diminished in value; or

5. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 18th day of March, 2025.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

ADAM M. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 6**