JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP JACK LO,<br><br>Defendant. | Case No. 2:25-cr-00084-DCN<br><br>**UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY** |

The United States of America, by and through Justin D. Whatcott, Acting United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney, provides the following discovery to Defense Counsel for the above-named Defendant via U.S. File Exchange (USAfx) on April 17, 2025:

1.  Investigative Reports, Search Warrants, Media Files and Photographs: Bates No. 00001-00688.

The United States objects to any request for discovery by the Defendant which exceeds the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY - 1

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

The United States will continue to provide discovery materials as they become available.

DATED this 17th day of April, 2025.

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

*s/ Adam M. Johnson*
ADAM M. JOHNSON
Assistant United States Attorney

UNITED STATES' DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2025, the foregoing **UNITED STATES'**

**DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY**, was

electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of

Electronic Filing to the following person(s):

| | |
|---|---|
| Luke A. Crawford<br>luke@sullivanlaw.us | ECF Filing |

*s/ Carin Crimp*
Legal Assistant