BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br> PHILIP JACK LO,<br><br>  Defendant. | Case No. 2:25-cr-00084-DCN<br><br> **UNITED STATES' SUPPLEMENTAL DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL DISCOVERY** |

The United States of America, by and through Bart M. Davis, United States Attorney for

the District of Idaho, and the undersigned Assistant United States Attorney, provides the

following discovery to Defense Counsel for the above-named Defendant via U.S. File Exchange

(USAfx) on November 17, 2025:

1.  Victim Impact Statements and Restitution Requests: Bates No. 00689-01547.

The United States objects to any request for discovery by the Defendant which exceeds

the requirements of Fed. R. Crim. P. 16 and 18 U.S.C. § 3500.

Pursuant to Fed. R. Crim. P. 16(b), the United States demands reciprocal discovery.

The United States will continue to provide discovery materials as they become available.

DATED this 17th day of November, 2025.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*s/ Adam M. Johnson*
ADAM M. JOHNSON
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 17, 2025, the foregoing **UNITED STATES'**

**SUPPLEMENTAL DISCOVERY RESPONSE AND DEMAND FOR RECIPROCAL**

**DISCOVERY**, was electronically filed with the Clerk of the Court using the CM/ECF system

which sent a Notice of Electronic Filing to the following person(s):

| | |
|---|---|
| Luke A. Crawford<br>luke@sullivanlaw.us | ECF Filing |

*s/ Carin Crimp*
Legal Assistant